FILED

APR 14 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. )
)
VERNON E. BELCHER, JR. )

No. 2:26-CR-25

JUDGE CORKER / WYRICK

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about April 26, 2025 in the Eastern District of Tennessee and elsewhere, the defendant, VERNON E. BELCHER, JR., knowingly and with the intent to extort from Victim, did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did cause to be delivered by the Postal Service, a communication, dated April 26, 2025, addressed to Victim, and containing a threat to kidnap and to injure Victim and Victim's children and bomb Victim's place of work.

[18 U.S.C. § 876(b)]

### COUNT TWO

The Grand Jury further charges that on or about April 26, 2025 in the Eastern District of Tennessee and elsewhere, the defendant, VERNON E. BELCHER, JR., did knowingly and willfully transmit in interstate commerce from the State of Virginia, to the State of Tennessee, a communication containing a threat to injure others, and the communication contained a threat to kidnap Victim and Victim's children and bomb Victim's place of work.

[18 U.S.C. § 875(c)]

TRUE BILL:

████████████████████

FOREPERSON


FRANCIS M. HAMILTON III
United States Attorney

By: J. GREGORY BOWMAN
Assistant U.S. Attorney