UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VERNON E. BELCHER, JR.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:26-CR-25 |

**ORDER**

This Court entered an Order [Doc. 20] on August 10, 2026, granting Defendant's motion for a subpoena duces tecum to be issued requiring the Honorable Kelly L. Flannagan to produce the "[e]ntire case file including by [sic] not limited to any and all psychiatric evaluation report(s) and any and all supporting documents relating to Mr. Belcher's competency and restoration." [Doc. 18]. Defendant's Motion [Doc. 18] had requested that the records be produced to defense counsel *ex parte* but had provided no legal support for this request. This Court ordered the records to be produced to the Court pursuant to Fed. R. Crim. P. 17(c)(1) but granted permission for Defendant to file an *ex parte* motion and brief on or before August 21, 2026, if Defendant still wished to have the records produced to defense counsel only. Defendant did not file a motion by August 21, 2026.

The subpoenaed records have now been produced to this Court. Because these records relate to the issue of Defendant's competence and the records are to be provided to the Bureau of Prisons' evaluator, the Court knows of no basis for not providing these records to the United

States as well as to defense counsel. Accordingly, the Clerk's Office is **directed** to produce a copy of the records to defense counsel and to the United States.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge